IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ford, Demetrius G

Printed:  9/3/08

Case Number:  05 B 12298
Judge:  Squires, John H
Filed:  4/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  August 8, 2008
Confirmed:  May 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,773.27 |  |
| Secured: |  | 6,668.45 |
| Unsecured: |  | 1,920.93 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,409.20 |
| Trustee Fee: |  | 591.42 |
| Other Funds: |  | 183.27 |
| Totals: | 11,773.27 | 11,773.27 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,409.20 | 2,409.20 |
| 2. | Credit Acceptance Corp | Secured | 6,668.45 | 6,668.45 |
| 3. | Credit Acceptance Corp | Unsecured | 159.28 | 190.22 |
| 4. | Premier Bankcard | Unsecured | 50.41 | 60.19 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,398.77 | 1,670.52 |
| 6. | AmeriCash Loans, LLC | Unsecured | 27.02 | 0.00 |
| 7. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 8. | Lincoln Park Hospital | Unsecured |  | No Claim Filed |
| 9. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 10. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 11. | TCF Bank | Unsecured |  | No Claim Filed |
| 12. | Total Pathology S C | Unsecured |  | No Claim Filed |
| 13. | Northside Community Federal Cr | Unsecured |  | No Claim Filed |
| 14. | Aspire Visa | Unsecured |  | No Claim Filed |
| 15. | Webster Emergency Physician | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,713.13 | $ 10,998.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 42.30 |
| 5.5% | 155.07 |
| 5% | 42.30 |
| 4.8% | 84.62 |
| 5.4% | 204.87 |
| 6.5% | 62.26 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ford, Demetrius G

Printed:  9/3/08

Case Number:  05 B 12298

Judge:  Squires, John H

Filed:  4/2/05

_____
$ 591.42

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

